IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FAROUK SYSTEMS, INC. | § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 4:09-cv-01579 |
| STEVE WILSON, individually, and d/b/a WISE CHOICE PRODUCTS, | § § § § | Jury Demanded |
| Defendant. | § § | |

## AGREED FINAL JUDGMENT AND PERMANENT INJUNCTION

On this date, this Agreed Final Judgment and Permanent Injunction ("Judgment") was presented to the Court as agreed by Defendant Steve Wilson, individually and doing business as Wise Choice Products ("Defendant") and Plaintiff Farouk Systems, Inc. Having considered the parties' agreement to this Judgment, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Court has subject matter jurisdiction over this matter and personal jurisdiction over Defendant.

2. The Court shall retain jurisdiction over Defendant for purposes of interpretation and enforcement of the provisions of this Judgment, including any future questions of its violation or infringement by Defendant.

3. Defendant is permanently enjoined from advertising, promoting, representing, offering for sale, or selling any hair care product bearing, displaying, or advertising under: (a) the trademark CHI; (b) the trademark CHI of U.S. Trademark Registration No. 2,660,257; U.S. Trademark Registration No. 3,107,769; U.S. Trademark Registration No. 3,426,769; and/or of U.S. Trademark Application Serial No. 76/512,597; (c) the trademark ULTRA CHI of U.S.

Trademark Registration 3,331,008; (d) the trademark CHI NANO of U.S. Trademark Registration No. 3,387,588; (e) the word mark BIOCHI shown in U.S. Trademark Application Serial No. 77/265,353 (collectively the "Farouk Systems Trademarks), or (f) any mark confusingly similar to any of the Farouk Systems Trademarks, unless such hair care products are obtained by Defendant from Farouk Systems, Inc.

5. Defendant is permanently enjoined from advertising, promoting, representing, offering for sale, or selling any hair care product as being sponsored by, associated with, affiliated with, or connected to Farouk Systems, Inc., unless such hair care products are obtained by Defendant from Farouk Systems, Inc.

6. Defendant is permanently enjoined from representing to the public that he is authorized by Farouk Systems, Inc. to promote, advertise, sell, or offer for sale any hair care product bearing, displaying, or advertised under the Farouk Systems Trademarks, unless agreed to by Farouk Systems, Inc.

7. Defendant is permanently enjoined from advertising, promoting, selling, offering for sale, or in any other way representing to the public that any hair care products, not originating from Farouk Systems, Inc., are associated with, sponsored by, connected with, or affiliated with Farouk Systems, Inc.

It is further ORDERED that this Judgment is binding on Defendant, his representatives, successors, and assigns.

SIGNED AND ENTERED this 15th day of October, 2009, at Houston, Texas.

_____
Lee Rosenthal
United States District Court Judge

APPROVED AS TO FORM AND SUBSTANCE:

GREENBERG TRAURIG LLP

/Anthony F. Matheny/
Anthony F. Matheny
Texas State Bar No. 24002543
1000 Louisiana, Suite 1700
Houston, Texas   77002
Tel:  (713) 374-3583
Fax:  (713) 754-7583

ATTORNEYS FOR PLAINTIFF
FAROUK SYSTEMS, INC.


COOPER & SCULLY, P.C.

/Nisha P. Byers/
Nisha P. Byers
Texas State Bar No. 00791460
900 Jackson St. #100
Dallas, Texas 75202
Tel:  (214) 712-9543
Fax:  (214) 712-9540

ATTORNEYS FOR DEFENDANT
STEVE WILSON, INDIVIDUALLY AND
D/B/A WISE CHOICE PRODUCTS